IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA WEST, as legal guardian of LAQUINTON K. WEST,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS, INC.,<br><br>Defendant. | CASE NO. 2:15-CV-553-WKW<br>[WO] |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 211.) No party filed an objection to the Recommendation. Based upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 211) is ADOPTED;

(2) Defendant's Motion for Summary Judgment (Doc. # 184) is GRANTED; and

(3) Plaintiff's Motion to Exclude Certain Testimony by Janet Arrowsmith, M.D., (Doc. # 175), Plaintiff's Motion to Exclude Certain Testimony by Elias G. Chalhub, M.D. (Doc. # 177), Defendant's Motion to Preclude Expert Testimony by Michael D. Freeman, MedDr, MPH, FAAFS (Doc. # 186), Defendant's Motion to

Preclude Expert Testimony of Elizabeth Z. Naftalis, M.D. (Doc. # 188), and Defendant's Motion to Preclude Expert Testimony of Laura M. Plunkett, PhD, DABT (Doc. # 190) are DENIED as moot.

Final judgment will be entered separately.

DONE this 26th day of April, 2018.

/s/ W. Keith Watkins<br>CHIEF UNITED STATES DISTRICT JUDGE