IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA WEST, as legal guardian of LAQUINTON K. WEST, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:15-CV-553-WKW ) |
| JANSSEN PHARMACEUTICALS, INC., | ) ) ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is ENTERED in favor of Defendant Janssen Pharmaceuticals, Inc., and against Plaintiff Patricia West, as legal guardian of LaQuinton K. West.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of April, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE